IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re: Jacob Fraidin            *   Case No. 92-5-2338-JS
                                *
*   *   *   *   *   *   *       *
                                *
ANDRE' R. WEITZMAN              *
                                *
v.                              *   Civil Action No. WMN-00-3064
                                *
NEVETT STEELE                   *
                                *

**ORDER**

For the reasons stated in the foregoing memorandum, IT IS this 20th day of November, 2000, by the United States District Court for the District of Maryland, ORDERED:

1. That Appellee's Motion to Strike Appellant's Notice of Record and Issues on Appeal is hereby DENIED;

2. That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to Appellant and all counsel of record.

_____
William M. Nickerson
United States District Judge

4