IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re: Jacob Fraidin   * Case No. 92-5-2338-JS

\*   \*   \*   \*   \*   \*   \*

ANDRE' R. WEITZMAN

v.   * Civil Action No. WMN-00-3064

NEVETT STEELE

## LINE

Pursuant to Federal Rule of Civil Procedure 60(a), the Clerk of the Court is instructed to substitute the attached Memorandum and Order for the Memorandum and Order dated November 14, 2000, (Paper Nos. 5 and 6) for the sole purpose of correcting clerical errors.

_____
William M. Nickerson
United States District Judge

