IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: Jacob Fraidin | Case No. 92-5-2338-JS |
| ANDRE' R. WEITZMAN | |
| v. | Civil Action No. WMN-00-3064 |
| NEVETT STEELE, JR., P.A. | |

### ORDER

For the reasons stated in the foregoing memorandum, IT IS this 15th day of May, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That the decision of the United States Bankruptcy Court for the District of Maryland is hereby AFFIRMED in part and VACATED in part, in that:

    a. The Bankruptcy Court's <u>post facto</u> approval of Appellee's application for employment as special counsel is AFFIRMED;

    b. The Bankruptcy Court's approval of Appellee's application for fees is AFFIRMED insofar as it awards fees in the amount of $25,000, but VACATED as to any fees awarded in excess of $25,000;

    c. The Bankruptcy Court's approval of Appellee's expenses and costs is AFFIRMED in the amount of $3,701.10;

    d. Accordingly, the Appellee is ordered to repay $5,184.90 to the U.S. Trustee, Michael Rinn, for the Estate of

Jacob Fraidin within 30 days of the date of this Order;

2. That Civil Action No. WMN-00-3064 is hereby CLOSED; and

3. That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to Appellant and all counsel of record.

                                                      _____
                                                      William M. Nickerson
                                                      United States District Judge